NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JASON ARTHUR AHO,                              )
                                               )
            Appellant,                         )
                                               )
v.                                             )       Case No. 2D19-1008
                                               )
STATE OF FLORIDA,                              )
                                               )
            Appellee.                          )
_____)

Opinion filed September 4, 2020.

Appeal from the Circuit Court for Pinellas
County; Nancy Moate Ley, Judge.

Howard L. Dimmig, II, Public Defender,
and Karla D. Ellis, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.